UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ROBERT WHITE**                                                      **PLAINTIFF**

V.                                        **CAUSE NO. 3:22-cv-00046-DAS**

**CORECIVIC CORPORATION, RAPHAEL**            **DEFENDANTS**
**VERGARA, (UNKNOWN) HAWKINS,**
**JAMES BAKER, DAVID TURNER,**
**WARDEN R. BYRD, AND NICHOLAS**
**DEML**

### ORDER

Before the Court is the *Motion to Stay All Deadlines Pending Ruling on Motions to Dismiss* filed by Defendants Baker and Turner, as well as Defendants CoreCivic, Inc., Hawkins, Vergara, and Byrd.

The Court, having reviewed the Motion and briefing, finds that the Motion is well taken and should be **GRANTED**. It is hereby,

**ORDERED** that the Defendants' *Motion to Stay All Deadlines Pending Ruling on Motions to Dismiss* is **GRANTED**. It is further hereby,

**ORDERED** that all deadlines and discovery of this matter are stayed until the Court issues a ruling on the Defendants' pending Motions to Dismiss.

**SO ORDERED AND ADJUDGED** this the 27th day of December, 2022.

                                                         David A. Sanders
                                         MAGISTRATE JUDGE DAVID A. SANDERS

**PREPARED BY:**
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
jguzman@strucklove.com

Anna Little Morris
BUTLER SNOW LLP
1020 Highland Colony Park, Suite 1400
Ridgeland, MS 39157
P.O. Box 6010
Ridgeland, MS 39158
Phone: 601-985-4487
anna.morris@butlersnow.com

*Counsel for Defendants*

67083400.v1